### (May 20, 1940.)

CHARLES F. ADAMS, JR., and Others, as Executors, etc., of ELLA CAROLYN LERSNER ROTHWELL, Also Known as ELLA CAROLYN LERSNER, Respondents, v. SUN INSURANCE OFFICE, LIMITED, OF LONDON, a Foreign Corporation, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

ABRAHAM BOYER, Appellant, v. RAILROAD EMPLOYEES PERSONAL LOAN COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.